**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

GALA L. KELLY,                          )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )    No. CIV-05-235-FHS
                                        )
MICHAEL J. ASTRUE,                      )
Commissioner of Social                  )
Security Administration,                )
                                        )
            Defendant.                  )

<u>**ORDER**</u>

In this action under the Social Security Act, Plaintiff,
through her attorney, has moved the court for an award of
attorney's fees and costs pursuant to the provisions of the Equal
Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  In its
response, the government states it has no objection to a reasonable
fee award in the amount of $3,912.60 and a costs award in the
amount of $250.00.  The court has reviewed the record in this case,
including Plaintiff's motion for attorney's fees and costs, and
concurs in the stipulation.  Consequently, Plaintiff's motion for
attorney's fees and costs is granted and the government is ordered
to pay Plaintiff's attorney's fees in the amount of $3,912.60 and
costs in the amount of $250.00.

This award is to be made payable to Plaintiff, not Plaintiff's
counsel or jointly to Plaintiff and Plaintiff's counsel, as 28
U.S.C. § 2412(a)(1) and (d)(1)(A) provide for an award of costs and
attorney's fees to a "prevailing party."  <u>Manning v. Astrue</u>, 2007
WL 4443228 (10th Cir.)(the plain language of the EAJA, its
legislative history, and case law dictate that an award of
attorney's fees under the EAJA belongs to, and is made payable to,
the prevailing party).  Should Plaintiff's counsel ultimately be

awarded attorney's fees pursuant to 42 U.S.C. § 406(b)(1), he should take the necessary steps to assure compliance with the refund requirements as outlined in <u>Weakley v. Bowen</u>, 803 F.2d 575, 580 (10th Cir. 1986).

It is so ordered this 8th day of January, 2008.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma